**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In Re: | CASE NO.  25-51137-jrs |
| **L4L INVESTMENT INC,** | **CHAPTER 11** |
| Debtor. | |

**<u>INFORMATION REGARDING THE DEBTOR'S SCHEDULES</u>**

  The Debtor is a Delaware corporation that was formed on January 30, 2025 just prior to the filing of the above styled bankruptcy case. The Debtor owns the real property located at 3155 Harris Drive, Atlanta, Georgia 30344 and 5695 Glen Errol Road SW, Atlanta, GA 30327. Both properties were transferred to the Debtor via warranty deed on January 30, 2025. The Debtor is including in its schedules the assets and liabilities of both of the entities that previously owned the properties, Oliver Point Apartments, LLC, the original owner of 3155 Harris Drive, Atlanta, Georgia 30344, and Glen Errol Estate, LLC, the original owner of 5695 Glen Errol Road SW, Atlanta, GA 30327. Oliver Point Apartments, LLC and Glen Errol Estate, LLC were owned and operated by the same individuals who own and operate the Debtor.

Dated: March 20, 2025    Respectfully submitted,

             **ROUNTREE LEITMAN KLEIN & GEER, LLC**

             */s/ Elizabeth Childers*
             William A. Rountree, Ga. Bar No. 616503
             Elizabeth Childers, Ga Bar No. 143546
             Century Plaza I
             2987 Clairmont Road, Suite 350
             Atlanta, Georgia 30329
             (404) 584-1238 Telephone
             wrountree@rlkglaw.com
             echilders@rlkglaw.com
             *Attorneys for the Debtor*

**Fill in this information to identify the case:**

Debtor name ___L4L Investment Inc___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___25-51137-JRS___

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Wallace Capital Group, LLC 2232 Dell Range Blvd Ste. 242 Cheyenne, WY, 82009 | | | | | | 239,014.00 |
| 2 | City of Atlanta Watershed 72 Marietta Street, NW Atlanta, GA, 30303 | | Utility Services | | | | 88,030.00 |
| 3 | City of East Point 2791 E. Point Street Atlanta, GA, 30344-3239 | | Utility Services | | | | 79,674.00 |
| 4 | City of Atlanta Watershed 72 Marietta Street, NW Atlanta, GA, 30303 | | Utility Services | | | | 51,190.77 |
| 5 | East Point Power 2757 East Point Street Atlanta, GA, 30344 | | Utility Services | | | | 47,165.00 |
| 6 | Fast Motion Ent. LLC 113 Summit Ridge Circle Columbia, SC, 29229 | | | | | | 35,000.00 |
| 7 | Georgia Power 96 Annex Atlanta, GA, 30396 | | Utility Services | | | | 4,786.26 |
| 8 | Gas South PO Box 530552 Atlanta, GA, 30353-0552 | | Utility Services | | | | 4,568.94 |

Debtor    L4L Investment Inc
_____
Name

Case number *(if known)*   25-51137-JRS
_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Wells Fargo Bank PO Box 77003 Minneapolis, MN, 55480-7733 | | Credit Card Debt | | | | 4,403.00 |
| 10 | Fox Appliance Parts PO Box 16217 Atlanta, GA, 30321-0217 | | Suppliers or Vendors | | | | 452.00 |
| 11 | Comcast PO Box 530098 Atlanta, GA, 30353-0098 | | Telephone / Internet services | | | | 301.49 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name ___L4L Investment Inc___

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __25-51137-JRS__

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Oliver Point Apartments LLC Checking 1 | Checking | 1  5  5  9 | $ 452.10 |
| 3.2. | Wells Fargo Glen Errol Estate LLC Checking 9016 | Checking | 9  0  1  6 | $ 34,909.25 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $_____
   4.2. _____ $_____

5. **Total of Part 1** — $ 35,361.35

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____ $_____
   7.2. _____ $_____

Debtor  L4L Investment Inc
        Name

Case number (if known) 25-51137-JRS

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____  $_____

8.2. _____  $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: 0.00 _____ – 0.00 _____ = ....→   $ 0.00 _____
        face amount          doubtful or uncollectible accounts

11b. Over 90 days old: 10,920.88 _____ – 10,920.88 _____ = ....→   $ 0.00 _____
        face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 0.00 _____

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $_____

14.2. _____  _____  $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                         % of ownership:

15.1. _____  _____%  _____  $_____

15.2. _____  _____%  _____  $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $_____

16.2. _____  _____  $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

Debtor    L4L Investment Inc                                              Case number *(if known)*  25-51137-JRS
         _____
         Name

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                                                        $_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Debtor    L4L Investment Inc
Name    Case number *(if known)* 25-51137-JRS

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    L4L Investment Inc    Case number *(if known)*  25-51137-JRS
          Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑  No. Go to Part 9.

☐  Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No
☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐  No
☐  Yes

---

Debtor    L4L Investment Inc
_____    25-51137-JRS
Name                                                                                   Case number (if known) _____

---

## Part 9: | Real property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 3155 Harris Drive, Atlanta, Georgia 30344 | | | | $ 7,900,000.00 |
| 55.2 5695 Glen Errol Road SW, Atlanta, GA 30327 | | $_____ | _____ | $ 4,900,000.00 |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 12,800,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

## Part 10: | Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☑ No. Go to Part 11.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $_____

---

Debtor    L4L Investment Inc                                    Case number *(if known)*  25-51137-JRS
          Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)
_____   0.00 _____ – _____ 0.00 _____ = ➔  $ 0.00
                            Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)
_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Claim against Home Solution Providers, LLC                          $ Unknown
Nature of claim      Fraud
Amount requested     $ 0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____                          $_____
Nature of claim      _____
Amount requested     $_____

76. **Trusts, equitable or future interests in property**
_____                          $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
_____                          $_____
_____                          $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                 $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor    L4L Investment Inc                                                    25-51137-JRS
          Name                                      Case number *(if known)*

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 35,361.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 12,800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 35,361.35 | + 91b. $ 12,800,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................... 12,835,361.35 | | $ 12,835,361.35 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | L4L Investment Inc |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known): | 25-51137-JRS |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Creditor's name**<br>Centrystone Investment LLC, et al. | **Describe debtor's property that is subject to a lien**<br>3155 Harris Drive, Atlanta, Georgia 30344 | $ 1,000,000.00 | $ 7,900,000.00 |
| **Creditor's mailing address**<br>c/o Todd Robinson, Esq.\|Robinson Franzm<br>191 Peachtree St NE, Ste. 2600, Atlanta, G | **Describe the lien** | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor,<br><br>FRESB 2023-SB105 Harris Drive, LLC, 1st; Centrystone Investment | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| **2.2 Creditor's name**<br>FRESB 2023-SB105 Harris Drive, LLC | **Describe debtor's property that is subject to a lien**<br>3155 Harris Drive, Atlanta, Georgia 30344 | $6,851,436.06 | $7,900,000.00 |
| **Creditor's mailing address**<br>c/o Jarret P. Hitchings\|Bryan Cave<br>301 College St., Ste .2150, Charlotte, NC 2 | **Describe the lien** | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>  ☑ Yes. The relative priority of creditors is specified on lines 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** — $ 11,591,285.33

Debtor   L4L Investment Inc
         _____        Case number _(if known)_  25-51137-JRS
         Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
Fulton County Tax Commissioner

**Describe debtor's property that is subject to a lien**

5695 Glen Errol Road SW, Atlanta, GA 30327                    $35,863.62        $4,900,000.00

Creditor's mailing address

141 Pryor Street SW Ste 1085
Atlanta, GA 30303

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number _____

**Describe the lien**

Statutory, FiFa

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  Wilmington Trust, N.A., 1st; Fulton County Tax Commissioner, 2nd

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name
Wilmington Trust, N.A.

**Describe debtor's property that is subject to a lien**

5695 Glen Errol Road SW, Atlanta, GA 30327                    $3,703,985.65        $4,900,000.00

Creditor's mailing address

c/o Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100, Norcr

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number _____

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☒ Yes. The relative priority of creditors is specified on lines 2.3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| Debtor | L4L Investment Inc | | | |
|---|---|---|---|---|
| | Name | | | |
| | | | Case number *(if known)* | 25-51137-JRS |

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Basis Multifamily Finance, LLC<br>75 Broad Street<br>Rm 2110<br>New York, NY, 10004-2663 | Line 2. _2_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | L4L Investment Inc |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known) | 25-51137-JRS |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| | Basis for the claim: | | |
| Date or dates debt was incurred _____ | | | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| | Basis for the claim: | | |
| Date or dates debt was incurred _____ | | | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| | Basis for the claim: | | |
| Date or dates debt was incurred _____ | | | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

Debtor _____CRL Investment Inc_____    Case number (if known)____25-51137-JRS____
         Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
City of Atlanta Watershed
72 Marietta Street, NW
Atlanta, GA 30303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

$ 88,030.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  3153

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2**
**Nonpriority creditor's name and mailing address**
City of Atlanta Watershed
72 Marietta Street, NW
Atlanta, GA 30303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

$ 51,190.77

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  3151

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3**
**Nonpriority creditor's name and mailing address**
City of East Point
2791 E. Point Street
Atlanta, GA 30344-3239

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

$ 79,674.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**
**Nonpriority creditor's name and mailing address**
Comcast
PO Box 530098
Atlanta, GA 30353-0098

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Telephone / Internet services

$ 301.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**
**Nonpriority creditor's name and mailing address**
East Point Power
2757 East Point Street
Atlanta, GA 30344

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

$ 47,165.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6**
**Nonpriority creditor's name and mailing address**
Fast Motion Ent. LLC
113 Summit Ridge Circle
Columbia, SC 29229

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** 

$ 35,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  GRL Investment Inc
_____
Name

Case number (if known) _____25-51137-JRS_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Fox Appliance Parts
PO Box 16217
Atlanta, GA 30321-0217

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 452.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Gas South
PO Box 530552
Atlanta, GA 30353-0552

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 4,568.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Georgia Power
96 Annex
Atlanta, GA 30396

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 4,786.26

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

OC MANAGEMENT LLC
5825 GLENRIDGE DR STE 3-101
Atlanta, GA 30328

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Wallace Capital Group, LLC
2232 Dell Range Blvd
Ste. 242
Cheyenne, WY 82009

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 239,014.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | GBL Investment Inc | Case number *(if known)* | 25-51137-JRS |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 12   **Nonpriority creditor's name and mailing address**

Wells Fargo Bank
PO Box 77003
Minneapolis, MN 55480-7733

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,403.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor    OSL Investment Inc    Case number *(if known)*    25-51137-jrs
         Name

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | + 5b. | $ 554,585.46 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 554,585.46 |

**Fill in this information to identify the case:**

Debtor name ___L4L Investment Inc___

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __25-51137-JRS__          Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | SEE SCHEDULE G ATTACHMENT - EXECUTORY CONTRACTS AND LEASES | N/A |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**I4L INVESTMENT, INC.**

**SCHEDULE G ATTACHMENT – EXECUTORY CONTRACTS AND LEASES**

| Unit | BD/BA | Tenant | Market Rent | Lease From | Lease To |
|------|-------|--------|-------------|------------|----------|
| 3151-01 | 3/2.00 | Briannah M. Chester | 1,495.00 | 06/01/2024 | 05/31/2025 |
| 3151-2 | 3/2.00 | Shauntee Peterkin | | 08/01/2024 | 07/31/2025 |
| 3151-03 | 1/1.00 | Brittney Smith | 1,195.00 | 11/25/2024 | 11/24/2025 |
| 3151-4 | 1/1.00 | Christopher Quick | 1,100.00 | 01/11/2022 | 01/22/2025 |
| 3153-02 | 2/1.50 | Latonia Elston | | 01/25/2024 | 01/24/2025 |
| 3153-05 | 2/1.50 | Anissa Otero | 1,395.00 | 03/06/2023 | 03/05/2024 |
| 3153-07 | 2/1.50 | Kinaysha R. Allen -Vinson | 1,395.00 | 05/15/2023 | 05/14/2024 |
| 3153-08 | 2/2.00 | Charles W. Harris | 1,295.00 | 11/13/2023 | 10/31/2024 |
| 3155-1 | 2/1.00 | Felicia D. Sanders | 1,225.00 | 09/14/2023 | 09/13/2024 |
| 3155-03 | 2/1.00 | Nicole S. Morris | 1,295.00 | 02/28/2023 | 02/27/2024 |
| 3155-05 | 2/1.00 | Lakilla L. Hinton | 1,295.00 | 01/15/2025 | 01/14/2026 |
| 3155-8 | 2/1.00 | Destiny A. Ross | 1,250.00 | 01/23/2025 | 01/22/2026 |
| 3157- 11 | 2/1.00 | Jessica R. Parks | 1,295.00 | 06/14/2024 | 06/13/2025 |
| 3157-01 | 2/1.00 | Cirilo M. Reyes | 1,495.00 | 11/04/2024 | 10/31/2025 |
| 3157-2 | 3/2.00 | Felicia Mason | 1,495.00 | 01/15/2025 | 01/14/2026 |
| 3157-3 | 2/1.00 | Deshawn S. Anderson | 1,295.00 | 10/06/2023 | 09/30/2024 |
| 3157-04 | 2/1.00 | Raven A. Reid | 1,295.00 | 12/06/2024 | 12/05/2025 |
| 3157-05 | 2/1.00 | Dinial Henderson | 1,295.00 | 11/04/2024 | 10/31/2025 |
| 3157-7 | 2/1.00 | Anthony Mallard | 1,295.00 | 11/21/2024 | 11/19/2025 |
| 3157-8 | 2/1.00 | DONNA R. YOUNG | 1,295.00 | 02/14/2025 | 01/13/2026 |
| 3157-09 | 2/1.00 | Nijell Hamilton | | | |
| 3157-10 | 2/1.00 | Lakisha Stitt | 1,295.00 | 12/27/2024 | 12/26/2025 |
| 3157-13 | 2/1.00 | William Freeman | 1,295.00 | | |
| 3157-15 | 3/2.00 | Quoteshia M. Jones | 1,475.00 | 10/13/2023 | 09/30/2024 |
| 3157-16 | 3/2.00 | Teresa L. Lawrence | 1,495.00 | 11/01/2024 | 10/31/2025 |
| 3159-03 | 2/1.00 | Mattie Boyd | | | 01/22/2025 |
| 3159-4 | 2/1.00 | Franklin King | 1,250.00 | 05/02/2022 | 05/01/2024 |
| 3159-06 | 2/1.00 | Lisa C. Quill | 1,250.00 | 02/19/2025 | 02/18/2026 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name __L4L Investment Inc__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __25-51137-JRS__

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Deval Oliver | | Centrystone Investment LLC, et al. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Olivia Chevannes | 5825 Glenridge Drive<br>Atlanta, GA 30328 | FRESB 2023-SB105 Harr | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Olivia Chevannes | 5825 Glenridge Drive<br>Atlanta, GA 30328 | Wells Fargo Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 Olivia Chevannes | 5825 Glenridge Drive<br>Atlanta, GA 30328 | Wilmington Trust, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___L4L Investment Inc_____

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___25-51137-JRS_____

(State)

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**  **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................

   $ 12,800,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...............................................................

   $ 35,361.35

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................

   $ 12,835,361.35

---

**Part 2:**  **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............

   $ 11,591,285.33

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................

   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...........................

   +$ 554,585.46

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b

   $ 12,145,870.79

---

**United States Bankruptcy Court**

**IN RE:**                                                   Case No. 25-51137-JRS
                                                            _____

L4L Investment Inc
_____   Chapter 11
                                                            _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Olivia Chevannes<br>5825 Glenridge Drive, Atlanta, GA 30328 | 80 | Common stockholder |
| Roxanne Chevannes<br>5825 Glenridge Ddrive, Atlanta, GA 30328 | 20 | Common stockholder |

---

**Fill in this information to identify the case and this filing:**

Debtor Name    L4L Investment Inc

United States Bankruptcy Court for the:    Northern District of Georgia

Case number (*If known*):    25-51137-JRS

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule _____*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/20/2025          ✘ /s/ Olivia Chevannes
       MM / DD / YYYY              Signature of individual signing on behalf of debtor

                          Olivia Chevannes
                          Printed name

                          President
                          Position or relationship to debtor

---

## SUPPLEMENTAL LIST OF CREDITORS

Basis Multifamily Finance, LLC
75 Broad Street
Rm 2110
New York, NY 10004-2663

Centrystone Investment LLC, et al.
c/o Todd Robinson, Esq.|Robinson Franzman LLP
191 Peachtree St NE, Ste. 2600
Atlanta, GA 30303

City of Atlanta Watershed
72 Marietta Street, NW
Atlanta, GA 30303

City of East Point
2791 E. Point Street
Atlanta, GA 30344-3239

Comcast
PO Box 530098
Atlanta, GA 30353-0098

East Point Power
2757 East Point Street
Atlanta, GA 30344

Fast Motion Ent. LLC
113 Summit Ridge Circle
Columbia, SC 29229

Fox Appliance Parts
PO Box 16217
Atlanta, GA 30321-0217

FRESB 2023-SB105 Harris Drive, LLC
c/o Jarret P. Hitchings|Bryan Cave
301 College St., Ste .2150
Charlotte, NC 28202

Gas South
PO Box 530552

Atlanta, GA 30353-0552

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Georgia Power
96 Annex
Atlanta, GA 30396

OC MANAGEMENT LLC
5825 GLENRIDGE DR STE 3-101
Atlanta, GA 30328

Wallace Capital Group, LLC
2232 Dell Range Blvd
Ste. 242
Cheyenne, WY 82009

Wells Fargo Bank
PO Box 77003
Minneapolis, MN 55480-7733

Wilmington Trust, N.A.
c/o Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Norcross, GA 30071

United States Bankruptcy Court

Northern District of Georgia

In re:  L4L Investment Inc

Case No.  25-51137-JRS

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____03/20/2025_____

/s/ Olivia Chevannes

Signature of Individual signing on behalf of debtor

President

Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____
Northern District of Georgia

**In re** L4L Investment Inc

Case No. <u>25-51137-JRS</u>

**Debtor**

Chapter <u>11</u>

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 34,965.00

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 595.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☐ Debtor          ☑ Other (specify) Stop One Construction LLC

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

  b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

  c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.  [Other provisions as needed]

A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings;

B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court;

C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and

D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client.

Attorney: Standard Hourly Rate:

William A. Rountree $595.00

Will B. Geer $595.00

Michael Bargar $535.00

Hal Leitman $425.00

David S. Klein $495.00

Alexandra Dishun $425.00

Elizabeth Childers $425.00

Ceci Christy $425.00

Caitlyn Powers $375.00

Shawn Eisenberg $300.00

William Matthews $425.00

Paralegals: Standard Hourly Rate:

Dorothy Sideris   $225.00

Elizabeth Miller $290.00

Megan Winokur $175.00

Catherine Smith $150.00

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

None

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/20/2025

Date

/s/ William Rountree, 616503

*Signature of Attorney*

Rountree, Leitman, Klein & Geer, LLC

*Name of law firm*

2987 Clairmont Road
Suite 350
Atlanta, GA 30329